CENTRAL HILLS ASSOCIATES v. THE PLANNING BOARD OF THE BOROUGH OF HILLSDALE.

June 21, 1988.

Petition for certification granted, and the matter is summarily remanded to the Planning Board of the Borough of Hillsborough for reconsideration in light of *Kaufmann v. Planning Board for the Township of Warren,* 110 *N.J.* 551 (1988).

Jurisdiction is not retained.

JANINE PATAKY v. SANDIP SHAH.

June 21, 1988.

Petition for certification denied.

JOHN F. KEARNEY, III v. WILLIAM R. MUIR, M.D.

June 21, 1988.

Petition for certification denied.

RICHARD FOSSATI v. THE PLANNING BOARD OF THE BOROUGH OF TENAFLY.

June 21, 1988.

Petition for certification denied.